AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

**2:24-mj-00623-KT**

United States of America
v.

Joshua Lee Atwood
DOB: 08/17/1992

_____
*Defendant(s)*

)
)
)
)
)
)
)
)

Case: 1:24-mj-00134
Assigned to: Judge Meriweather, Robin M.
Assign Date: 4/15/2024
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the

_____ in the District of ___ Columbia ___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 231(a)(3) (Civil Disorder) | |
| 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) | |
| 18 U.S.C. §§ 111(a)(1) and 111(b)(1) (Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon) | |
| 18 U.S.C. §§ 1752(a)(1) & 1752(b)(1)(A) (Entering, Remaining in a Restricted Building or Grounds w/ Deadly or Dangerous Weapon) | |
| 18 U.S.C. §§ 1752(a)(2) & 1752(b)(1) (A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds w/ Deadly or Dangerous Weapon) | |
| 18 U.S.C. §§ 1752(a)(4) & 1752(b)(1)(A) (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) | |
| 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building or Grounds) | |
| 40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Building) | |
| 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building) | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Sarah Stirrup, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 04/15/2024 _____

2024.04.15
11:55:43 -04'00'

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

Robin M. Meriweather, U.S. Magistrate Judge
_____
*Printed name and title*