### RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

UNITED STATES OF AMERICA

vs

JOSHUA ATWOOD

MAGISTRATE JUDGE'S DOCKET NO.

DATE OF COMPLAINT                24-623

CRIMINAL DOCKET NO.              ~~24-623~~

DATE OF INDICTMENT

ORIGINATING DISTRICT (if applicable)   DISTRICT OF COLUMBIA
1:24-MJ-0013✓

DATE ARRESTED:   4/17/24

#### INITIAL APPEARANCE

| | | | | |
|---|---|---|---|---|
| Presiding | [X] TAYLOR | [ ] EDDY | Date: | 4/17/24 | CD # |
| Magistrate | [ ] DODGE | [ ] LANZILLO | Time: | 1:45 PM | Court Reporter: |
| Judge | [ ] KELLY | [ ] PESTO | | | |

U. S. ATTORNEY:                          INTERPRETER:

1. RIGHTS EXPLAINED

  [ ] Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available

2. COMPLAINT/INDICTMENT/INFORMATION:

  [X] Read          [X] Summarized          [ ] Reading waived

  [X] Defendant provided with a copy of the charges

  [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES

  [X] Read          [X] Summarized          [ ] Reading waived

4. COUNSEL

  [X] Defendant requested appointment          [ ] Defendant waived appointment

  [X] Defendant represented by:   Katherine Dyer

  [ ] Defendant expects to retain:

  [X] Affidavit executed.

  [ ] Not Qualified          [X] Qualified          [ ] With possible requirement for partial or full payment

  [X] Federal Public Defender appointed

  [ ] CJA Panel Attorney _____ appointed

5. BAIL

  Recommended Bond:

  Bond Set at:

  [ ] By Consent          [ ] Additional Conditions Imposed:

  [ ] By Magistrate Judge

  [ ] Bond Posted

  [ ] Temporary Commitment issued          [ ] Final Commitment issued

  Identity   Bond Review Hearing Set For:   4/24/24 @ 9 AM before Judge Dodge in Courtroom 9A

  Detention Hearing Set For:   4/24/24 @ 9 AM before Judge Dodge in Courtroom 9A

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

  Preliminary Exam/Rule 40/Arraignment set for: 4/24/24 @ 9AM   before Magistrate Judge Patricia Dodge.

Defense counsel waived the three days for scheduling a detention Hearing

WDPA Rev 06/22