IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
Plaintiff, )  Case No. 2:24-mj-00623-KT-1
)
vs. )
)
JOSHUA LEE ATWOOD )
)
Defendant. )

## ORDER

The United States is obligated, pursuant to Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses. Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

Dated: 4/17/24

BY THE COURT:

s/Kezia O. L. Taylor
_____
United States Magistrate Judge