IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            )
                                    )
         V.                         )      Magistrate No.    24-623
                                    )
JOSHUA LEE ATWOOD                   )

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this __18__ day of _____April_____, 2024, the above named defendant having appeared before this Court and having been sworn to testify truthfully as to his/her financial ability to hire counsel and the Court being satisfied as a result thereof that the above named defendant is financially unable to obtain counsel and said defendant not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1500 Liberty Center, 1001 Liberty Avenue, Pittsburgh, Pennsylvania 15222, telephone number (412) 644-6565, is hereby appointed to represent the individual in all matters pertaining to this action.

PRIMARY COUNSEL:     Kathryn Dyer

                     PA Attorney ID #

_____
                     Kezia O. L. Taylor
                     United States Magistrate Judge