# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
          Plaintiff )
)
)
      vs. ) No. 2:24-mj-623
)
Joshua Lee Atwood )
        Defendant )

## HEARING MEMO

Before Magistrate Judge Patricia L Dodge

Nicole Vasquez-Schmitt
_____ Appear for Plaintiff

Kathryn Dyer
_____ Appear for Defendant

Hearing begun 4 / 24/2024 at 9:11 am    Hearing adjourned _____

Hearing concluded recessed 4 / 24/2024 at 10:27 am Court Reporter Karen Farley

Identity hearing waived.

Government exhibit 1: affidavit statement of facts off/adm.

Government witness: Sarah Stirrup, FBI Special Agent

Government exhibit 5-12: videos from Jan. 6th, 2021 off/adm.

Government exhibit 3: photograph from home off/adm.

Government exhibit 4: employment information

Cross examination by Defense Counsel

Recess 10:04 am - 10:12 am

Defense seeking continuance of hearing

Granted

Hearings continued to 4/26/2024 at 10:30 am.