# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) No. 2:24-mj-623 |
| Joshua Atwood | ) & |
| Defendant | ) 2:24-cr-199 |
| | ) (D.C.) |

### HEARING MEMO

Before <u>Magistrate Judge Patricia L Dodge</u>

<u>Nicole Vasquez-Schmitt</u>                          <u>Kathryn Dyer</u>
Appear for Plaintiff                                 Appear for Defendant

Hearing begun 4/26/2024 at 10:39 am  Hearing adjourned _____

Hearing concluded 4/26/2024 at 12:55 pm Court Reporter Karen Earley

Continuation of Detention Hearing
Indictment returned in D.C. initial appearance held.
Preliminary examination cancelled
Cross examination of Government witness: Sarah Stirrup
Re-direct by Government
Re-cross by Defense counsel
off/adm. Defense counsel A-K: letters, photographs,
employment information, employment/job bids, letter
from attorney in WV.
Defense witness: Jessica Valenti, investigator with FPD
Cross examination of witness by Government

Government witness rebuttal: Sarah Stirrup

Defense recross on rebuttal testimony

Government argument as to detention

Defense argument as to detention

Government rebuttal regarding argument

Recess 12:12 pm - 12:38 pm

The Court finds that there are no conditions of release that can be imposed.

Order of Detention entered.